## 54595. JONES v. THE STATE.

QUILLIAN, Presiding Judge.
The evidence was sufficient to sustain the defendant's conviction.

*Judgment affirmed. Shulman and Banke, JJ., concur.*

SUBMITTED OCTOBER 11, 1977 — DECIDED JANUARY 18, 1978.

*Robert C. Ray,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, A. Thomas Jones, Assistant District Attorneys,* for appellee.